[No. 19758–4–I. Division One. September 26, 1988.]

THE RAINIER CLUB, *Appellant,* v. KING COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–19268–9, Frank H. Roberts, Jr., J., entered December 5, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Grosse, JJ.

[No. 19688–0–I. Division One. September 26, 1988.]

EASTSIDE PROPERTIES, INC., ET AL, *Appellants,* v. JONES ASSOCIATES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–03523–0, John M. Darrah, J., entered December 11, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 19880–7–I. Division One. September 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DWIGHT EMMETT MCGUNNIGLE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00669–3, Gerald L. Knight, J., entered January 2, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Webster, JJ.